UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL JOHN PATERNO,

                Plaintiff,                                       **ORDER**
                                                                 23-CV-2262 (LDH) (AYS)

       -against-

LARA WATROUS,
Probation Officer, Suffolk County,

                Defendant.
------------------------------------------------------------X
LASHANN DEARCY HALL, United States District Judge:

       On March 22, 2023, Michael John Paterno ("Plaintiff"), *pro se*, filed this action against his probation officer, alleging that she failed to accommodate his disabilities during their meetings. (Compl., ECF No. 1.) On June 20, 2023, Plaintiff filed a new action, *Paterno v. J. Arthur M. Cromarty Complex*, No. 23-CV-4592-LDH-AYS, naming his probation officer and 38 additional defendants and raising additional issues. On June 28, 2023, Plaintiff filed a proposed order to show cause in both cases, in which he asked this Court to enjoin a state court proceeding. (ECF No. 8.) By Order dated August 14, 2023, the Court denied Plaintiff's request for emergency injunctive relief in both cases.

       Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby GRANTED as to this case only. (ECF No. 2.) The Clerk of Court is respectfully requested to send a copy of this Order to Plaintiff and to prepare a summons for the Defendant. The United States Marshals Service is directed to serve the summons and the complaint upon the Defendant without prepayment of fees.

Dated: Brooklyn, New York                 SO ORDERED.
       January 17, 2024

                                                             s/ LDH
                                                      LASHANN DEARCY HALL
                                                      United States District Judge